ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 24-00017 JST |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AND ORDER |
| v. | |
| JOEL DOWEN, | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for defendant Joel Dowen that the status conference scheduled for January 24, 2024, be continued until January 29, 2024, and that time be excluded under the Speedy Trial Act from January 18, 2024, through January 29, 2024.

    At the initial appearance held on January 18, 2024, counsel for the government stated that the government was moving for detention of the defendant, and the parties requested that the matter be scheduled for status on detention on January 24, 2024. Counsel for the government and counsel for the defendant have since been informed that the defendant may be retaining new counsel.

    The parties therefore request that the status hearing scheduled for January 24, 2024, be continued until January 29, 2024, and agree that time should be excluded under the Speedy Trial Act from January

STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER
Case No. CR 24-00017 JST

18, 2024, until January 29, 2024, based on the government's pending motion for detention and the defendant's need for continuity of counsel. *See* 18 U.S.C. § 3161(h)(1)(d), (h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 18, 2024, through January 29, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 22, 2024

/s/
DAN M. KARMEL
Assistant United States Attorney

DATED: January 22, 2024

/s/
JOHN PAUL REICHMUTH
Counsel for Defendant JOEL DOWEN

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 18, 2024, and for good cause shown, the Court finds that the government has a pending motion seeking pretrial detention of the defendant and that failing to exclude the time from January 18, 2024, through January 29, 2024, would unreasonably deny defendant continuity of counsel. *See* 18 U.S.C. § 3161(h)(1)(d), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 18, 2024, through January 29, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference scheduled for January 24, 2024, is continued until January 29, 2024, and the time from January 18, 2024, through January 29, 2024, shall be excluded from computation under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(1)(d), (h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  January 23, 2024



_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge, U.S. Magistrate Court

STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER
Case No. CR 24-00017 JST